**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paul JAMES, Defendant–Appellant.**

No. 01–6606.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 10, 2001.

Paul James, pro se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Paul James seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. James,* Nos. CR–97–70095; CA–99–808–7 (W.D.Va. filed Feb. 28, 2001; entered Mar. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*